# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| PATRICK J. MACPHERSON, EXECUTOR OF THE ESTATE OF RICHARD MACPHERSON, DECEASED, | No. 700 EAL 2015 |
| | Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioner | |
| v. | |
| THE MAGEE MEMORIAL HOSPITAL FOR CONVALESCENCE D/B/A MAGEE REHABILITATION HOSPITAL, JEFFERSON HEALTH SYSTEM, INC., TJUH SYSTEM, MANOR CARE OF YEADON PA, LLC, D/B/A MANORCARE HEALTH SERVICES-YEADON, HCR MANOR CARE, INC., MANORCARE, INC., HCR HEALTHCARE, LLC, HCR II HEALTHCARE, LLC, HCR III HEALTHCARE, LLC, | |
| Respondents | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue, Justice Wecht and Justice Mundy did not participate in the consideration or decision of this matter.